IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00198-WDM-MJW

WESTMONT VENTURE PARTNERS LLC, ET AL.,

Plaintiffs,

v.

SEPRACOR, INC., ET AL.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Withdraw Motion to Compel Production of Documents, which was filed on April 4, 2006 (Docket No. 18), is granted. Accordingly, the Motion to Compel Production of Documents from Non-Party, Invesco Distributors, Inc., which was filed on February 3, 2006 (Docket No. 1) is deemed withdrawn, and this action is terminated.

Date: April 4, 2006